**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SEAN PAUL KENNY,<br><br>    Plaintiff,<br><br>    v.<br><br>PRISONER TRANSPORT SERVICES, LLC, *et al.*,<br><br>    Defendants. | NO. 3:19-CV-00416<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 16th day of July, 2019, **IT IS HEREBY ORDERED** that:

(1)    The Motion to Dismiss (Doc. 11) filed by Defendants is **GRANTED**.

(2)    The Clerk of Court is directed to **TRANSFER** this case, pursuant to 28 U.S.C. § 1631, to the United States District Court for the District of Arizona.

(3)    The Clerk of Court is directed to mark this case **CLOSED**.

                                                            /s/ A. Richard Caputo
                                                            A. Richard Caputo
                                                             United States District Judge